IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY MOYE,
    Petitioner,

vs.                                            Case No. 3:10cv88/LAC/EMT

DAVID MORGAN,
    Respondent.

_____/

## **ORDER**

        Petitioner has filed an amended petition for writ of habeas corpus pursuant to 28 U. S. C. § 2241 (Doc. 6, characterized by Petitioner as an "emergency" petition), as well as a motion to proceed in forma pauperis (Doc. 7). Additionally, included in both the amended petition and the motion to proceed in forma pauperis are renewed requests by Petitioner for the appointment of counsel.

        Petitioner has failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis (specifically, the financial certificate was not signed by a jail official), asserting that jail officials refused to execute the form. Petitioner has, however, supplied a print-out of his jail bank account covering the period from October 8, 2009, to March 19, 2010. This document reflects a current balance of $.08 and average monthly deposits of $8.24 over the course of the previous five and one-half months period (Doc. 7 at 3). Notwithstanding the lack of a properly signed financial certificate, based on the information provided in the print-out, the court will grant the motion to proceed in forma pauperis.

        Petitioner has failed to provide the court with two service copies of his amended petition. Before the court will direct service of the amended petition for writ of habeas corpus, Petitioner shall

be required to submit two complete service copies. Upon Petitioner's submission of two service copies, the court will direct Respondent to file a response within sixty (60) days.[1]

The motion(s) for appointment of counsel are denied, for the reasons stated in the court's previous order (Doc. 4).

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed in forma pauperis (Doc. 7) is **GRANTED**.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall submit two (2) complete copies of the amended petition. This case number should be written on each copy.

3. Failure to comply with this order may result in a recommendation of dismissal of this case.

**DONE AND ORDERED** this 2nd day of April 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Petitioner's characterization of the urgent nature of his petition notwithstanding, the court concludes that the usual response time of sixty days is appropriate in this case.

Case No. 3:10cv88/LAC/EMT